# EXHIBIT 1

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of <u>Bleckley</u> County

🖳 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BLECKLEY COUNTY, GEORGIA
**2025V-0049HCK**
HOWARD C. KAUFOLD JR.
MAR 14, 2025 03:44 PM

*Carol Evans*
Carol Evans, Clerk
Bleckley County, Georgia

**For Clerk Use Only**

Date Filed <u>03-14-2025</u>   Case Number <u>2025V-0049HCK</u>
MM-DD-YYYY

**Plaintiff(s)**
<u>SSC BOVEE COMPANY</u>
Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
<u>FAIRWAY CONSTRUCTION CO. INC.</u>
Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Last   First   Middle I.   Suffix   Prefix

Plaintiff's Attorney <u>Dean, Douglas</u>   Bar Number <u>130988</u>   Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
☐ Automobile Tort
☐ Civil Appeal
☑ Contract
☐ Contempt/Modification/Other Post-Judgment
☐ Garnishment
☐ General Tort
☐ Habeas Corpus
☐ Injunction/Mandamus/Other Writ
☐ Landlord/Tenant
☐ Medical Malpractice Tort
☐ Product Liability Tort
☐ Real Property
☐ Restraining Petition
☐ Other General Civil

**Domestic Relations Cases**
☐ Adoption
☐ Contempt
  ☐ Non-payment of child support, medical support, or alimony
☐ Dissolution/Divorce/Separate Maintenance/Alimony
☐ Family Violence Petition
☐ Modification
  ☐ Custody/Parenting Time/Visitation
☐ Paternity/Legitimation
☐ Support – IV-D
☐ Support – Private (non-IV-D)
☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number   Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

IN THE SUPERIOR COURT OF BLECKLEY COUNTY
STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BLECKLEY COUNTY, GEORGIA
**2025V-0049HCK**
HOWARD C. KAUFOLD JR.
MAR 14, 2025 03:44 PM

*Carol Evans*, Clerk
Bleckley County, Georgia

CIVIL ACTION NUMBER  2025V-0049HCK

SSC BOVEE COMPANY

**PLAINTIFF**

VS.

FAIRWAY CONSTRUCTION CO. INC.,
DBA C/O ANGELA KATES

**DEFENDANT**

**SUMMONS**

TO: FAIRWAY CONSTRUCTION CO. INC.

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Douglas Dean
Dean Thaxton
P.O. Box 5005
Cordele, Georgia 31010
doug@deanthaxton.law**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 14th day of March, 2025.**

Clerk of Superior Court

*Carol Evans*
Carol Evans, Clerk
Bleckley County, Georgia

SC-1
Rev'd 10/24

Page 1 of 1

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BLECKLEY COUNTY, GEORGIA
**2025V-0049HCK**
HOWARD C. KAUFOLD JR.
MAR 14, 2025 03:44 PM

*Carol Evans*
Carol Evans, Clerk
Bleckley County, Georgia

IN THE SUPERIOR COURT OF BLECKLEY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SSC BOVEE COMPANY, | : |
|     Plaintiff, | : |
| | :   CASE NO. _____ |
| v. | : |
| FAIRWAY CONSTRUCTION CO. INC., | : |
|     Defendant. | : |

## **VERIFIED COMPLAINT FOR DAMAGES**

COMES NOW SSC Bovee Company ("Plaintiff") and files this Verified Complaint for Damages against Fairway Construction Co. Inc. ("Defendant"), showing as follows:

1.

Plaintiff is a domestic corporation with its principal place of business in Cochran, Bleckley County, Georgia.

2.

Defendant is a foreign profit corporation with its principal place of business in Columbia, Missouri. Defendant may be served with process upon its registered agent, Angela Kates, 3290 Northside Parkway NW, Ste. 300, Atlanta, Georgia 30327.

3.

This Court has subject matter jurisdiction over this matter.

4.

This Court has personal jurisdiction over Defendant.

5.

This Court is the appropriate venue for this action.

6.

Process and service are appropriate and valid in all respects.

7.

This Complaint is timely and valid in all respects.

## THE CONTRACT

8.

On or about December 22, 2021, the parties entered a subcontract for Plaintiff to perform sitework for the Havenwood Daisy Senior Residences project located at 372 Ash Street NE, Cochran, Bleckley County, Georgia 31014.

9.

The face value of the initial subcontract was $1,317,779.75.

10.

After change orders and other appropriate adjustments, the balance to finish, including retainage, was $146,521.17.

11.

Defendant also owed Plaintiff $16,500.00 for extra concrete sidewalks.

12.

Because all change orders and payments are submitted and approved through a particular software portal controlled by Defendant, Plaintiff has been unable to submit the final invoice.

13.

Any argument of Defendant that Plaintiff has not completed all conditions precedent to payment are frivolous and manufactured by Defendant's own conduct.

14.

After entering into the contract with Defendant, Plaintiff discovered that Defendant has had hundreds of liens filed against it for refusing to pay contractors, subcontractors, and materialmen.

15.

Defendant engages in the pattern and practice of entering contracts with contractors, subcontractors, and materialmen with the intention to assert false and misleading justifications and excuses to refuse to pay the contract price.

## COUNT ONE: BREACH OF CONTRACT

16.

The parties had a valid and binding contract.

17.

Plaintiff fully performed pursuant to the contract.

18.

Defendant failed to make timely payments to Plaintiff as required by the contract.

19.

Defendant has irrevocably breached the contract and its obligations to Plaintiff.

20.

Defendant has offered false reasons and justifications for not paying Plaintiff. In

reality, Defendant has withheld payment in an effort to force litigation and obtain a discount related to litigation costs.

21.

The total that Defendant owes to Plaintiff pursuant to the contract is $163,021.17.

22.

The contract at issue awards attorney fees to the prevailing party without specifying a percentage. As a result, the attorney fees "provision shall be construed to mean 15 percent of the first $500.00 of principal and interest owing on such note or other evidence of indebtedness and 10 percent of the amount of principal and interest owing thereon in excess of $500.00." O.C.G.A. § 13-1-11(a)(2).

23.

Pursuant to O.C.G.A. § 13-1-11, Plaintiff notified Defendant in writing via statutory overnight or certified mail on or about February 4, 2025, that it had ten days from receipt of such notice to pay the principal and interest without attorney fees. Defendant received the notice on February 6, 2025. More than ten days have elapsed since receipt, and Defendant has failed to pay the principal and interest. As a result, the attorney fee provision in the parties' contract is enforceable.

## COUNT TWO: FRAUD

24.

Defendant made the false representation to Plaintiff that it intended to pay the full contract price upon completion of the project by Plaintiff.

4

25.

At the time of the false representation, Defendant knew that the representation was false and made the representation with the intention to cause Plaintiff to rely upon it and fully perform work under the contract.

26.

Plaintiff justifiably relied upon the false representation and fully performed under the contract.

27.

Plaintiff suffered damages by its representation on Defendant's knowingly false representation in excess of $160,000.00.

28.

As a result of Defendant's fraud, Plaintiff is entitled to all damage permitted by law, including compensatory, general, and punitive damages.

**WHEREFORE**, Plaintiff prays that:

a) Defendant be served as provided by law;

b) Plaintiff be awarded judgment against Defendant in the amount of at least $163,021.17 continually accruing pre-judgment interest and post-judgment interest at the statutory rate from the date of judgment forward;

c) Plaintiff be awarded compensatory, general, and punitive damages as determined by the enlightened conscience of the jury;

d) Plaintiff be awarded attorney fees, expenses, and costs of this litigation;

e) All costs be taxed against Defendant; and

f) This Court grant such further relief as it deems just and proper.

Respectfully submitted this 14th day of March 2025.

By: /s/ Douglas H. Dean
Georgia Bar No. 130988
Dean Thaxton, LLC
Attorney for Plaintiff
601 E. 14th Avenue (31015)
Post Office Box 5005
Cordele, Georgia 31010
T: (229) 271-9323
F: (229) 271-9324
E: *doug@deanthaxton.law*

6

IN THE SUPERIOR COURT OF BLECKLEY COUNTY

STATE OF GEORGIA

SSC BOVEE COMPANY,

    Plaintiff,

v.

FAIRWAY CONSTRUCTION CO. INC.,

    Defendant.

CASE NO. _____

## VERIFICATION

Personally appeared before the undersigned officer duly authorized to administer oaths, Brigitte Bovee as principal of SSC Bovee Company, who upon oath, states that the information and allegations contained in the foregoing Complaint for Damages are true and accurate to the best of her knowledge.

This __4th__ day of February 2025.

By: _____ (Seal)
Brigitte Bovee as principal of SSC Bovee Company

Sworn and subscribed to before me
this __4th__ day of February 2025:

_____
Notary Public
My commission expires: 05/23/2026

7

SHERIFF'S ENTRY OF SERVICE                         SC-85-2

Civil Action No. __2025V-0049HCK__

Date Filed __3/14/25__

Superior Court ☒
State Court ☐
Magistrate Court ☐
Probate Court ☐
Juvenile Court ☐

Georgia, __Bleckley__

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
BLECKLEY COUNTY, GEORGIA
2025V-0049HCK
HOWARD C. KAUFOLD JR.
APR 21, 2025 08:03 AM

Carol Evans, Clerk
Bleckley County, Georgia

__SSC Bovee Company__

Plaintiff

VS.

__Fairway Construction Co. Inc. DBA c/o Angela Kates__

Defendant

Attorney's Address
__Douglas Dean
Dean Thaxton
P.O. Box 5005
Cordele, GA 31010
doug@deanthaxton.law__

Name and Address of Party to be Served.
__Fairway Construction Co. Inc.
3290 Northside Parkway NW, Ste 300
Atlanta, GA 30327__

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant __Fairway Construction Co Inc__ a corporation by leaving a copy of the within action and summons with __Ashley Brown (Administrative)__ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __21st__ day of __April__, 20__25__

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____